IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01597-BNB

SEAN STUDNICKA,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## ORDER DISMISSING CASE

    Plaintiff, Sean Studnicka, is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at the United States Penitentiary in Florence, Colorado.  Mr. Studnicka has submitted *pro se* a letter (ECF No. 1).  On June 19, 2013, Magistrate Judge Boyd N. Boland ordered Mr. Studnicka to cure certain designated deficiencies in the case within thirty days.  On June 25, 2013, Mr. Studnicka filed a letter (ECF No. 4) notifying the Court that he wished to withdraw the instant lawsuit.

    The Court must construe the June 25 letter liberally because Mr. Studnicka is not represented by an attorney.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  However, the Court should not be an advocate for a *pro se* litigant.  *See Hall*, 935 F.2d at 1110.

    Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Mr. Studnicka "may dismiss an action without a court order by filing:  (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

No response has been filed by any Defendant in this action.  Therefore, the Court will construe Mr. Studnicka's June 25 letter as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A).  A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary.  *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).  The notice closes the file.  *See Hyde Constr. Co.*, 388 F.2d at 507.

Accordingly, it is

ORDERED that the letter (ECF No. 4) Plaintiff, Sean Studnicka, filed on June 25, 2013, is construed as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.  It is

FURTHER ORDERED that the instant action is dismissed without prejudice pursuant to Plaintiff's notice of voluntary dismissal.  It is

FURTHER ORDERED that the voluntary dismissal is effective as of June 25, 2013, the date the notice of voluntary dismissal was filed in this action.  It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this  27th  day of    June    , 2013.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court